# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

TOWN OF SORRENTO, ET AL

VERSUS

EAST ASCENSION CONSOLIDATED
GRAVITY DRAINAGE DISTRICT
NO. 1

NO.  2021 CW 0610

**JULY 30, 2021**

---

In Re:   East Ascension Consolidated Gravity Drainage District
         No. 1, applying for supervisory writs, 23rd Judicial
         District Court, Parish of Ascension, No. 129239.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

    **STAY DENIED; WRIT DENIED.**

                    **MRT**
                    **GH**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT